# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| Roderick et al., | Civil Action No. 4:22-cv-00148-SMR-HCA |
| Plaintiffs, | **Chief Judge Stephanie M. Rose**<br>**Chief Magistrate Judge Helen C. Adams** |
| v. | |
| Midwest Hospitality Investments L.C. et al., | **PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN** |
| Defendants. | |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? ☑yes ☐no
*If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 14 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: **September 2, 2022** (two weeks from August 19, 2022, 26(f) final conference)

2. Deadline for motions to add parties: **November 4, 2022** (two and a half months from conference)

3. Deadline for motions to amend pleadings: **November 4, 2022 (**two and a half months from conference)

4. Expert witnesses disclosed by:
    a. Plaintiff: **March 20, 2023** (seven months from conference)
    b. Defendant: **May 22, 2023** (nine months from conference)
    c. Plaintiff Rebuttal: **June 20, 2023** (ten months from conference)

5. Deadline for *completion* of discovery: **July 24, 2023** (eleven months from conference)

6. Dispositive motions deadline *(at least 150 days before Trial Ready* Date): **July 24, 2023** (eleven months from conference)

7. Trial Ready Date *(at least 150 days after Dispositive Motions* Date): **January 8, 2024**

8. Has a jury demand been filed? ☑yes ☐no

9. Estimated length of trial:**5 days**

10. Settlement conference (choose one of the following):
    a. ☑A court-sponsored settlement conference should be set by the court at this time for a date after: **November 22, 2022**
    or
    b. ☐A court-sponsored settlement conference is not necessary at this time.

11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)?
    ☑yes ☐no

12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals? 28 U.S.C. § 636(c)?
    ☐yes ☑no

Dated: August 18, 2022

Respectfully submitted,

/s/ Edmund S. Aronowitz
Edmund S. Aronowitz, MI Bar No. P81474
(*pro hac vice*)
Aronowitz Law Firm PLLC
220 S. Main St. Ste. 305
Royal Oak, Michigan 48067
Telephone: (248) 716-5421
Facsimile: (248) 419-1032
Email: edmund@aronowitzlawfirm.com

Beatriz Mate-Kodjo AT0012331
BMK Law Firm, PLLC
1910 Washington St. Ste. 100
Pella, Iowa 50219
Telephone: (641) 450-1668
Facsimile: (641) 847-7698
Email: beatriz@mate-kodjo-law.com

*Attorneys for Plaintiffs Brande Roderick, Denise Trlica, Dessie Mitcheson, Joanna Krupa, Katarina Van Derham, Laurie Romeo, Lucy Pinder, Paola Canas, and Rosie Roff*

Dated: August 18, 2022

Respectfully submitted,

/s/ Jace T. Bisgard (with permission)
Jace T. Bisgard, AT0000938
Megan R. Merritt, AT0010635
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 Third Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, Iowa 52406-2107
Phone: (319) 365-9461
Facsimile: (319) 365-8564
Email: jtb@shuttleworthlaw.com
Email: mrm@shuttleworthlaw.com

*Attorneys for Defendants Midwest Hospitality Investments L.C., Cedar Parking and Storage Management, L.L.C., Cedar Parking and Storage Investments, L.L.C.*

## JUDGE'S REVISIONS

The deadline in Paragraph _____ Is changed to _____

The deadline in Paragraph _____ Is changed to _____

The deadline in Paragraph _____ Is changed to _____

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan
 ☐ is approved and adopted by this court.

 ☐ is not approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

 ☐ will not be scheduled at this time.

 ☐ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa on the _____ day of _____, at _____ o'clock ☐ a.m. ☐ p.m.

 ☐ will be held by telephone conference, initiated by the court, on the _____ day of _____, at _____ o'clock ☐ a.m. ☐ p.m.

**DATED** this _____ day of _____, _____.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

## Certificate of Service

      I hereby certify that on August 18, 2022, I filed the foregoing using the CM/ECF system which will provide notice to counsel for all parties of record.

                                                    /s/ Edmund S. Aronowitz