UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Brande Roderick, Denise Trlica, Dessie Mitcheson, Joanna Krupa, Katarina Van Derham, Laurie Romeo, Lucy Pinder, Paola Canas, and Rosie Roff,<br><br>Plaintiffs,<br><br>v.<br><br>Midwest Hospitality Investments L.C., Cedar Parking and Storage Management, L.L.C., Cedar Parking and Storage Investments, L.L.C., collectively doing business as Lumberyard,<br><br>Defendants. | Civil Action No. 4:22-cv-00148-SMR-HCA<br><br><br>**SECOND JOINT STATUS UPDATE** |

Plaintiffs Brande Roderick, Denise Trlica, Dessie Mitcheson, Joanna Krupa, Katarina Van Derham, Laurie Romeo, Lucy Pinder, Paola Canas, and Rosie Roff, and Defendant Midwest Hospitality Investments L.C., Cedar Parking and Storage Management, L.L.C., Cedar Parking and Storage Investments, L.L.C., respectfully submit the following as their second joint status update:

1. This case is currently set for a status conference at 11:00 a.m. on February 15, 2023.

2. The parties have exchanged written discovery but have paused other formal discovery including depositions and expert report preparation to allow for further settlement discussions.

3. The parties have retained the Hon. John A. Jarvey to mediate the parties' dispute, with mediation scheduled for February 22, 2023.

4. Should the parties be unable to resolve their dispute following mediation, the parties would expect to file a joint motion to extend upcoming expert disclosure (3/20/23 for Plaintiffs, 5/22/23 for Defendants, and 6/20/23 for rebuttal), discovery completion (7/24/23), and dispositive motion (7/24/23) deadlines by two months to allow the parties to fully focus on potential settlement without incurring the costs of expert reports prior to mediation.

5. The parties do not believe that there are any issues other than the interplay between the scheduled mediation and upcoming deadlines to discuss at a status conference.

6. At this time, the parties do not believe a status conference is necessary due to the pending mediation. However, the parties are ready to proceed to a status conference if the Court sees it necessary to discuss the parties' next steps should mediation not yield a settlement, or to alternatively proceed in any other manner the Court in its discretion directs including but not limited to rescheduling the February 15, 2023, status conference to a date after the completion of mediation.

WHEREFORE, the parties submit the above as their second joint status update.

[remainder of page intentionally blank; signature block follows]

Dated: February 9, 2023

Respectfully submitted,

/s/ Edmund S. Aronowitz
Edmund S. Aronowitz, MI Bar No. P81474
(*pro hac vice*)
Aronowitz Law Firm PLLC
220 S. Main St. Ste. 305
Royal Oak, Michigan 48067
Telephone: (248) 716-5421
Facsimile: (248) 419-1032
Email: edmund@aronowitzlawfirm.com

Beatriz Mate-Kodjo AT0012331
BMK Law Firm, PLLC
1910 Washington St. Ste. 100
Pella, Iowa 50219
Telephone: (641) 450-1668
Facsimile: (641) 847-7698
Email: beatriz@mate-kodjo-law.com

*Attorneys for Plaintiffs Brande Roderick, Denise Trlica, Dessie Mitcheson, Joanna Krupa, Katarina Van Derham, Laurie Romeo, Lucy Pinder, Paola Canas, and Rosie Roff*

Dated: February 9, 2023

Respectfully submitted,

/s/ Megan R. Merritt
Megan R. Merritt, AT0010635
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 Third Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, Iowa 52406-2107
Phone: (319) 365-9461
Facsimile: (319) 365-8564
Email: jtb@shuttleworthlaw.com
Email: mrm@shuttleworthlaw.com

*Attorneys for Defendants Midwest Hospitality Investments L.C., Cedar Parking and Storage Management, L.L.C., Cedar Parking and Storage Investments, L.L.C.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing document was served upon all parties of record through the Court's Case Management/Electronic Case Filing ("CM/ECF") system on February 9, 2023, which will send notification of such filing to the following:

      Megan R. Merritt, mrm@shuttleworthlaw.com

      /s/ Edmund S. Aronowitz