UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Brande Roderick, Denise Trlica, Dessie Mitcheson, Joanna Krupa, Katarina Van Derham, Laurie Romeo, Lucy Pinder, Paola Canas, and Rosie Roff,<br><br>Plaintiffs,<br><br>v.<br><br>Midwest Hospitality Investments L.C., Cedar Parking and Storage Management, L.L.C., Cedar Parking and Storage Investments, L.L.C., collectively doing business as Lumberyard,<br><br>Defendants. | Civil Action No. 4:22-cv-00148-SMR-HCA<br><br>**THIRD JOINT STATUS UPDATE** |

Plaintiffs Brande Roderick, Denise Trlica, Dessie Mitcheson, Joanna Krupa, Katarina Van Derham, Laurie Romeo, Lucy Pinder, Paola Canas, and Rosie Roff, and Defendant Midwest Hospitality Investments L.C., Cedar Parking and Storage Management, L.L.C., Cedar Parking and Storage Investments, L.L.C., respectfully submit the following as their third joint status update:

1. This case is currently set for a status conference at 10:30 a.m. central time on March 1, 2023.

2. The parties have exchanged written discovery but had paused other formal discovery including depositions and expert report preparation to allow for further settlement discussions.

3. The parties conducted mediation with the Hon. John A. Jarvey on February 22, 2023, did not settle, and are continuing settlement discussions with the mediators' assistance.

4.  As the parties have not resolved their dispute but continue to engage in efforts to do so, the parties respectfully request that the Court consider extending upcoming deadlines.

    a.  The current deadlines are 3/20/23 for Plaintiffs' expert disclosures, 5/22/23 for Defendants' expert disclosures, and 6/20/23 for rebuttal, 7/24/23 for discovery completion, and 7/24/23 for dispositive motions, with final pretrial conference on 12/12/2023 and trial set to being on 1/8/2024.

    b.  As indicated in the parties Second Joint Status Update, the parties would respectfully request an extension of the expert disclosure, discovery completion, and dispositive motions deadlines by two months – to 5/22/23 for Plaintiffs' expert disclosures, 7/24/2023 for Defendant's expert disclosures, 8/21/23 for rebuttal, 9/25/23 for discovery completion, and 9/25/23 for dispositive motions – however, the parties further note that a two month extension without any shift of the trial date leaves only 105 days between the dispositive motion deadline and the trial date. The parties do not oppose setting a new trial date if the Court were amenable to same.

    c.  Should the Court wish to maintain 150 days between the dispositive motion deadline and while keeping the current 1/8/2024 trial date, the parties alternatively suggest that deadlines could be extended more modestly – to 4/20/23 for Plaintiffs' expert disclosures, 6/20/23 for Defendant's expert disclosures, 7/20/23 for rebuttal, 8/11/2023 for discovery completion, and 8/11/2023 for dispositive motions – thus maintaining 150 days between the dispositive motion deadline and the current 1/8/2024 trial date.

5. The parties do not believe that there are any issues other than case scheduling to discuss at a status conference.

6. Accordingly, the parties are ready to proceed to a status conference to discuss the parties' scheduling suggestions and any other matters, or to alternatively proceed in any other manner the Court in its discretion directs.

WHEREFORE, the parties submit the above as their third joint status update.

Dated: February 27, 2023

Respectfully submitted,

/s/ Edmund S. Aronowitz
Edmund S. Aronowitz, MI Bar No. P81474
(*pro hac vice*)
Aronowitz Law Firm PLLC
220 S. Main St. Ste. 305
Royal Oak, Michigan 48067
Telephone: (248) 716-5421
Facsimile: (248) 419-1032
Email: edmund@aronowitzlawfirm.com

Beatriz Mate-Kodjo AT0012331
BMK Law Firm, PLLC
1910 Washington St. Ste. 100
Pella, Iowa 50219
Telephone: (641) 450-1668
Facsimile: (641) 847-7698
Email: beatriz@mate-kodjo-law.com

*Attorneys for Plaintiffs Brande Roderick, Denise Trlica, Dessie Mitcheson, Joanna Krupa, Katarina Van Derham, Laurie Romeo, Lucy Pinder, Paola Canas, and Rosie Roff*

Dated: February 27, 2023

Respectfully submitted,

/s/ Megan R. Merritt (with permission)
Megan R. Merritt, AT0010635
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 Third Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, Iowa 52406-2107
Phone: (319) 365-9461
Facsimile: (319) 365-8564
Email: jtb@shuttleworthlaw.com
Email: mrm@shuttleworthlaw.com

*Attorneys for Defendants Midwest Hospitality Investments L.C., Cedar Parking and Storage Management, L.L.C., Cedar Parking and Storage Investments, L.L.C.*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing document was served upon all parties of record through the Court's Case Management/Electronic Case Filing ("CM/ECF") system on February 27, 2023, which will send notification of such filing to the following:

  Megan R. Merritt, mrm@shuttleworthlaw.com


  /s/ Edmund S. Aronowitz